COMMONWEALTH of Pennsylvania, Respondent

v.

Hamin Azeez GRAY, Petitioner

No. 469 WAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.